**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| **ROY ARTERBURY, ET AL.** § | |
| § | |
| v. § | Case No. 5:16-CV-0183-RWS-RSP |
| § | |
| **ODESSA SEPARATOR, INC.** § | |

**PLAINTIFFS' EXPERT DISCLOSURES**

Roy Arterbury, Delwin Cobb, and Cavins Corporation ("**Plaintiffs**"), hereby make their disclosure of expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2):

1. Donald House, PhD, is Plaintiffs' retained damages expert. A written report prepared and signed by Dr. House is attached as <u>Exhibit A</u>.

2. Roy Arterbury is Plaintiffs' non-retained technical expert. Mr. Arterbury has over 40 years of experience working in the oil patch and with downhole oil tools. For over 20 years, Mr. Arterbury has served as President of Cavins Corporation, the oil tool manufacturing company that is also a Plaintiff in this case. Mr. Arterbury is expected to provide expert testimony with respect to the technical aspects regarding the form and function of the OSI Vortex Desander and related OSI products. Mr. Arterbury is expected to provide expert testimony explaining the similarity in function and form of the OSI Vortex/related OSI products as compared to the Cavins desanders that embody the patent-in-suit (U.S. Patent. No. 5,810,081). More specifically, Mr. Arterbury is expected to testify that:

    a. Cavins sells desanders that embody the patent-in-suit;

b. OSI infringed on the patent-in-suit by manufacturing, selling, and distributing desanders that fall within the scope of the patent-in-suit; and

c. More specifically, OSI's desander:

  i. Is composed of an outer tubular member (the Vortex body and sleeve) and a concentric inner tubular member (the dip tube) defining an annulus between the two said members;

  ii. OSI's desander has a fluid inlet passage in the outer tubular member extending to the annulus, that inlet passage restricting large solid particles from entering said annulus through said fluid inlet passage;

  iii. A shoulder included in OSI's desander prevents fluid from flowing upwardly through the annulus such that the only way fluid can flow upwardly through and past the tool towards the surface is through the inner tubular member;

  iv. OSI's desander also includes a spiral guide structure (the Helix) that directs sand-bearing fluid downwardly in a helical path, and the centrifugal forces involved separate the sand and other particulate matter from the fluid, causing that particulate matter to collect on the inner wall of the outer tubular member, while the fluid (now free, or relatively free, of particulate matter) flows upwardly through the inner tubular member towards the surface; and

  v. A portion of the outer tubular member is of reduced wall thickness by virtue of the outer tubular member's partitioning and positioning. The outer tubular member is partitioned into an inner concentric portion and an outer concentric and slotted portion. At the location where sand and other abrasive particulate matter swirls and erodes the outer tubular member's inner wall, the outer tubular member is concentrically partitioned or separated into two concentric pieces—the Vortex body and the Vortex

sleeve—and the Vortex body, *i.e.* the inner concentric portion, therefore constitutes the weakened wall portion due to its position, which predisposes it to fail prior to the failure of the outer concentric portion. This designed-for predisposition to controlled partial failure allows the tool to fail without tool separation, because communication of fluid through the Vortex sleeve's slots, and back and forth between the inside of the tool and the annulus formed by the wellbore and the outer wall of the outer tubular member, prevents the Vortex from continuing to effectively separate solids in a manner that would allow those solids to fully erode the outer tubular member circumferentially.

Respectfully submitted,

/s/ Eugene Egdorf

**Eugene Egdorf**

**DEREK GILLILAND**
State Bar No. 24007239
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389 (facsimile)

**EUGENE EGDORF**
State Bar No. 06479570
**SHRADER & ASSOCIATES, LLP**
3900 Essex Lane, STE 390
Houston, Texas 77027
713.782.0000 (telephone)
713.571.9605 (facsimile)
Gene@shraderlaw.com

**ATTORNEYS FOR PLAINTIFFS
ROY ARTERBURY, INDIVIDUALLY
DELWIN COBB, INDIVIDUALLY
CAVINS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served via email on October 16, 2018 to counsel of record for Defendant.

/s/ Eugene Egdorf

**EUGENE EGDORF**